NUMBER 13-07-00525-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


HESCO GATHERING COMPANY, L.L.C., APPELLANT,


v.



McALLEN LAND & CATTLE CO., INC., APPELLEE.

________________________________________________________


On Appeal from the 398th District Court 


of Hidalgo County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Hesco Gathering Company, L.L.C., and appellee, McAllen Land & Cattle
Co., Inc., have filed a joint motion to dismiss this appeal pursuant to a settlement
agreement. The parties jointly move this Court to vacate the trial court's judgment and
dismiss this appeal, with each of the parties to bear its own costs. The Court, having
considered the documents on file and the joint motion to dismiss the appeal, is of the
opinion that the motion should be granted. See Tex. R. App. P. 42.1(a). The joint motion
to dismiss is GRANTED, the trial court's judgment is VACATED, and the appeal is hereby
DISMISSED. In accordance with the agreement of the parties, costs are taxed against the
party incurring same. See id. 42.1(d).

 PER CURIAM

Memorandum Opinion delivered 

and filed this the 10th day of January, 2008.